IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JENNIE LOU REEDY                                                    PLAINTIFF

VS.                                        CIVIL ACTION NO. 2:18-cv-77-KS-MTP

FIRST TOWER LOAN, LLC                                              DEFENDANT

## ORDER

THIS CAUSE IS BEFORE THE COURT on Report and Recommendation [3] of Magistrate Judge Michael T. Parker recommending that this Court deny Plaintiff's Motion to Proceed *in forma pauperis* and that the litigation be dismissed unless the filing fees are paid by Plaintiff. The Plaintiff has filed a response to the Report and Recommendation [5] and proposed a payment schedule and this Court finds that the proposal is reasonable and should be allowed. Therefore, if the Plaintiff pays one hundred dollars ($100.00) each two weeks beginning June 22, 2018, paying said amounts and fully pays the filing fee on or before August 31, 2018, then the Complaint will not be dismissed. Should Plaintiff fail to timely pay all the costs associated with the filing of this lawsuit on or before August 31, 2018, then her Complaint will be dismissed without prejudice or further notice.

The Report and Recommendation [3] is ACCEPTED IN PART AND REJECTED IN PART as above stated.

SO ORDERED AND ADJUDGED this the __15th__ day of June, 2018.

                                                  __s/Keith Starrett_____
                                                  UNITED STATES DISTRICT JUDGE